CHIEN-YU MICHAEL WANG (265875)
Wilner & O'Reilly, APLC
2730 Gateway Oaks Drive, Suite 208
Sacramento, CA 95833
Telephone: (916) 643-4657
Facsimile: (916) 668-0083
E-mail: mwang@wilneroreilly.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEI CUI (A207-966-969),<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH T. CUCCINELLI, Director of Citizenship and Immigration Services, et al<br><br>    Defendants. | No. 2:19-cv-02206-MCE-EFB<br><br>ORDER OF DISMISSSAL |

In accordance with Plaintiff's request pursuant to Fed. R. Civ. P. 41(a)(1)(A), this action is hereby dismissed, without prejudice. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 6, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1